FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_Fayetteville_ DIVISION

MALACHI W THOMPSON
(Enter above the full name of the Plaintiff in this action.)

Prisoner ID No. 553197
(Do Not Put Your Social Security Number)

V.                                    CASE NO. 18-5092

Turn Key Medical
Sheriff Holloway
Capt Guyll & Lt Holt, John, & Jane, Doe(s)
(Enter above the full name of the Defendant, or Defendants, in this action.)

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
May 25, 2018
OFFICE OF THE CLERK

I.   Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____          No _X_

B.   If your answer to A is yes, describe each lawsuit in the space below including the <u>exact Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this lawsuit

Plaintiffs: N/A
Defendants: N/A

2.   Court (if federal court, name the district; if state, name the county):
N/A

3.   Docket number: N/A
4.   Name of judge to whom case was assigned: N/A
5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
6.   Approximate date of filing lawsuit: N/A
7.   Approximate date of disposition: N/A

(Revised 12/2016)

-1-

**2. Defendant #2.**
Full Name: Turn Key Medical
Position: Medical Provider
Place of Employment: BCDC
Address: 1300 SW 14th St
Bentonville AR. 72712

**3. Defendant #3.**
Full Name: Sheriff Holloway, Capt Guyll,
Position: Lt. Holt
Place of Employment: BCDC
Address: Same as above

**4. Defendant #4.**
Full Name: John & Jane Doe(s)
Position: Unknown
Place of Employment: TKM - BCDC
Address: Same as above

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V. At the time of the alleged incident(s), were you:
(check the appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges
__X__ serving a sentence as a result of a judgment of conviction
\_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.)

Explain: Sentenced to ADC

Please provide the date of your conviction or probation or parole revocation:
N/A

-3-

## VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.):

_____ ON PAPER _____

_____

Date of the Occurrence: _____

Name of Each Defendant involved: _____

_____

_____

_____

_____

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

_____

_____

_____

_____

_____

_____

_____

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__X__  both official and personal capacity

Turn key medical has shown deliberate indifferance toward my pain, suffering, mental anguish & emotional trauma.

I have been denied pain medication perscribed by my physician

I have multiple fractures in my left hand metal plates & screws in my left collar bone, as well as left shoulder, seperation of right shoulder bones out of placement left knee was degloved severe pain after being forced to sit on a steel stool or walk circles 9 hr and 2½ hr periods of time because I don't have pain meds or bed rest.

Around May 11th I refractured/broke my left hand by falling in standing water on May 15th I was told my hand was injured and needs MRI

Medical has failed to remedy, cure, or repair my injuries or to give bed rest or pain meds strong enough to work

I have no spleen which causes heartburn stomach aches etc but medical has not given me medication or adjusted my diet

No replacement has been given for my sleep medication or pain medication I constantly hurt as a result my PTSD is also negatively effected.

Deliberate Indifferance toward my serious medical conditions is being shown due to budget & monetary rational and this causes undue pain, suffering, mental anguish and emotional trauma.

2

Lt. Holt has willfully withheld my Pauperis Affidavit, and Responding to Grievances with intent to infringe upon & delay my Access to the Courts.

BCDC Command Staff have been deliberately indifferent toward my Right to be free from known Risk of Harm, I fell in Standing water in the Bathroom because BCDC Refuses to Leave Mops Squeegee's Etc out after the A.M. Cleaning.

Deliberate Indifference has been shown toward my Right to be Housed in the Prescribed Amount of Space I have been forced to Live in a 2 man Cell with 3 men in it for weeks at a Time (28 days) And Counting

The Ventilation does not keep up with the over-crowding, Body odor, Excessive Painful Noise That Causes my PTSD To Give me Issues

3

BCDC and Keefe Commissary violate my Equal Protection Rights by engaging in a Civil Conspiracy to violate my Rights as a Consumer and under the Arkansas Deceptive Trade Act.

BCDC & Smart Jail Mail have failed to implement due process procedures for returned mail, photo's etc, no process exists for contesting any denial of 1st Amendment activities.

BCDC Command Staff have implemented Custom, Practice, Policy, & Procedures limiting the types of medication they allow to be given or prescribed. This violates my right to medical treatment and to be free from known pain and suffering.

Trinity food service is deliberately indifferent toward the quality, content, and portion size of the meals served to BCDC detainees.

These meals are often created with sub-standard ingredients to cut cost.

4

Trinity served rotten meat on May 2018 which made myself and others sick. (Sgt. Devore was shown this meat)

BCDC deputies fail to intercede and have the deficiencies corrected stating Trinity food service doesn't work for the BCDC this allows my right to nutricious & healthy food to go un-protected by deliberate indifferance.

Custom, Practice, Policy, and Procedure of locking me down at either 12, 1, or 2pm then turning out all lights except for a dim night light (that causes pain if I attempt to read or write using it) interfers with my sleep pattern causing me not to be able to sleep at night thus causing pain and discomfort when I am forced out into the dayroom at 5am Deliberate indifferance is being shown toward my right to receive 8 hours uninterupted sleep

Sheriff Holloway, Capt Guyll, Lt Holt and John & Jane Doe(s) have implemented custom, practice, policy, and procedure that causes me to not be given my pain medications which I receive due to extreme pain as a result of a motorcycle crash at 110 mph.

I have various metal rods, pins etc as well as numerous broken bones fractures etc that are causing me pain.

BCDC refuses to allow me my pain medication Oxycodeine 20 mg

BCDC refuses to allow me my sleep-aid Ambien

As a result I am in constant pain suffering, sleepless etc.

Deliberate indifference has been shown by the BCDC toward my pain & suffering

2

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Rules Prohibiting Pain Medications
Housing 3 Men in a 2 Man Cell

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

__X__ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

__X__ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

Jury Trial, Compensatory and Punitive Damages for Undue Pain and Suffering, and Mental Anguish & Emotional Trauma

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __14__ day of __MAY__ 20__18__.

MALACHI THOMPSON
Printed Name of Plaintiff

*Malachi Thompson*
Signature of Plaintiff

-7-

Malachi Thompson -0107517
1300 SW 14th St
Bentonville AR, 72712

NW ARKANSAS
AR 727
21 MAY '18
PM 1 L

RECEIVED
WD/AR
MAY 23 2018
M. R. CLERK'S OFFICE

PROCESSED OUT
MAY 19 2018
Outgoing Inmate Mail

FIRST-CLASS MAIL
US POSTAGE $000.47
neopost
05/19/2018
ZIP 72712
041M11270707

U.S. District Court
Clerks office
35 E. Mountain Rm 510
Fayetteville AR 72701

72701-535235